FILED

04/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0669

IN THE MATTER OF:

B.F. and A.F.,

    Youth(s) in Need of Care.

## ORDER

Upon consideration of Appellee's motion for a 14-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including May 11, 2020, within which to prepare, serve, and file its response brief.

No further extensions will be granted.

**JMK**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 29 2020